**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      In re Christopher Augustine Gabel

Appellate case number:      01-22-00110-CV

Trial court case number:      2018-67980

Trial court:      257th District Court of Harris County

Date Motion filed:      June 16, 2022

Party filing motion:      Relator

The en banc court unanimously voted to deny Relator's Motion for En Banc Reconsideration of 2 June 2022 Order Denying Relator's Petition for Writ of Mandamus and 2 June 2022 Order Denying Writ of Prohibition. It is ordered that the motion is **denied**.

Judge's signature:      /s/ Veronica Rivas-Molloy
                                   ☑ Acting for the Court

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  <u>July 21, 2022</u>